## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Batya Tová,                       Civil Action No. 11-CV-1533 (PAM/JJK)

       Plaintiff,

v.

Enhanced Recovery Company, LLC,          **ORDER FOR DISMISSAL**

       Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 3, filed by Plaintiff on November 18, 2011, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

                                             **BY THE COURT:**

Dated: <u>November  29 ,  2011</u>          <u>s/Paul A. Magnuson</u>
                                        The Honorable Paul A. Magnuson
                                        Judge of United States District Court